# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>JOANN ARGYRIS,<br><br>　　　　Defendant. | Case No. 2:15-cr-00047-KJD-NJK<br><br>ORDER |

On December 17, 2018, the Court held a status conference regarding the discovery dispute over restitution with Defendant Joann Argyris and Victim JCW Mini-Mart, LLC. Docket No. 95. The Court allowed these parties sixty days to conduct discovery into the restitution amount. *Id*. The Court ordered that a motion for restitution could be filed within 14 days of the end of this discovery period. *Id*.

Discovery ended on February 15, 2019. Therefore, any motion for restitution was to have been filed no later than March 1, 2019. No such motion has been filed. *See* Docket. To the extent Victim believes that the filing of certain improperly redacted checks, *see* Docket No. 99, constitutes the filing of a motion for restitution, it is incorrect.

Under the circumstances of this case, the Court will allow Victim until April 12, 2019, to file a proper motion for restitution. Any such motion must include appropriate points and authorities and meaningfully-developed facts and argument. Failure to comply with this order in full will be construed as a waiver of Victim's request for restitution.

IT IS SO ORDERED.

DATED: April 8, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE