HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 So. Casino Center Blvd.
Las Vegas Nevada 89104
Telephone: (702) 382-1714
Email: harold@gewerterlaw.com
*Attorneys for Defendant*
*Joann Argyris*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOANN ARGYRIS,<br><br>Defendant. | Case No.: 2:15-cr-047-KJD-NJK<br><br>**ORDER GRANTING**<br>**EXTENSION OF TIME TO FILE REPONSE TO VICTIM JCW MINIMART LLC'S MOTION FOR RESTITUTION** |

COME NOW, Defendant, Joann Argyris, by and through her attorney, HAROLD P. GEWERTER, ESQ. of HAROLD P. GEWERTER, ESQ., LTD., and brings forth the instant Stipulation and Order for Extension of Time to File a Response to Victim JCW Minimart, LLC's Motion for Restitution pursuant to Local Rule IA 6-1.

Defendant's Response is presently due on April 26, 2019. Defendant is seeking a one (1) week extension such that her Response will be due on May 3, 2019. This extension is being sought due to health reasons of the Attorney Gewerter, as he suffered a seizure on the morning of April 25, 2019 and as such is unable to timely file Defendant's Response. This is the FIRST extension being requested by Defendant. The instant Stipulation and Order will not prejudice the JCW Minimart,LLC who has graciously agreed to same.

1

DATED this 26th day of April, 2019.

/s/ Harold P. Gewerter, Esq.
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 So. Casino Center Blvd.
Las Vegas Nevada 89104
Telephone: (702) 382-1714

/s/ Louis E. Garfinkel, Esq
LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
LEVINE & GARFINKEL
1671 W. Horizon Ridge Pkwy, Suite 230
Las Vegas, Nevada 89012
Telephone: (702) 673-1612

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2019