Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
LEVINE & GARFINKEL
1671 W. Horizon Ridge Pkwy, Suite 230
Henderson, NV 89012
Tel: (702) 673-1612 / Fax: (702) 735-2198
Email: lgarfinkel@lgealaw.com

Rodney T. Lewin, Esq. [*pro hac vice*]
California Bar No. 71664
LAW OFFICE OF RODNEY T. LEWIN
8665 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211
Tel: (310) 659-6771 / Fax: (310) 659-7354
Email: rod@rtlewin.com

*Attorneys for Victim JCW Mini Mart, LLC and Amer Abughazaleh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JOANN ARGYRIS,<br><br>Defendant. | Case No. 2:15-cr-047-KJD-NJK<br><br>**STIPULATION AND ORDER RE: JCW MINI MART LLC AND AMER ABUGHAZALEH's WITHDRAWAL OF MOTION FOR RESTITUTION** |

It is stipulated by and between JCW Mini Mart LLC and Amer Abughazaleh (collectively "JCW") and Defendant JoAnn Argyris ("Argyris"), through their undersigned counsel, as follows:

1. JCW and Argyris have settled all disputes between them, including the claims and counterclaims in the civil case now pending in District Court, Clark County, Case No. A-12-668435C.

///

2. As part of the global resolution, the parties have agreed and hereby stipulate that JCW shall withdraw its pending claim for restitution, with prejudice, and that the hearing set for June 19, 2019 be taken off calendar with each party bearing their own fees and costs.

Dated this 13th day of June, 2019.

LEVINE & GARFINKEL

By: /s/ *Louis E. Garfinkel*
Louis E. Garfinkel, Esq. (NVB #3416)
1671 W. Horizon Ridge Pkwy, #230
Henderson, NV 89012
T: (702) 673-1612 / F: (702) 735-2198
Email: lgarfinkel@lgealaw.com
*Attorneys for Victim JCW Mini Mart, LLC and Amer Abughazaleh*

Dated this 13th day of June, 2019.

HAROLD P. GEWERTER, ESQ., LTD.

By: /s/ *Harold P. Gewerter*
Harold P. Gewerter, Esq. (NVB 499)
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
T: (702) 382-1714 / F: (702) 382-1759
Email: harold@gewerterlaw.com
*Attorneys for Defendant Joann Argyris*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 6/14/2019