NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MARK E. WOOLF
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Mark.Woolf@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>v.<br><br>Joann Argyris,<br>　　　　Defendant. | Case No. 2:15-cr-00047-KJD-NJK<br><br>**Stipulation to Extend Time for Government to Respond to Defendant's Motion, ECF No. 119**<br><br>**(First Request)** |

The parties hereby stipulate to extend the deadline by which the Government must file its response to Defendant's Motion to Vacate Amended Judgment in a Criminal Case, or in the Alternative, to Quash Writs of Garnishment, ECF No. 119, to **November 15, 2019**. This is the parties first request to extend the aforementioned deadline. The limited extension is not sought for purposes of delay or any other improper purpose.

Respectfully submitted this 13th day of November, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney<br><br> *s/ Mark E. Woolf* <br>Mark E. Woolf<br>Assistant United States Attorney | HAROLD P. GEWERTER, ESQ., LTD.<br><br><br> *s/ Harold P. Gewerter, Esq* <br>Harold P. Gewerter, Est.<br>Attorney for Defendant |

IT IS SO ORDERED:

_____
Kent J. Dawson
United States District Court Judge

Dated:  November 21, 2019

1