HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 S. Casino Center Blvd.
Las Vegas, Nevada 89104
Tel: (702) 382-1714
Fax: (702) 382-1759
Email: Harold@gewerterlaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOANN ARGYRIS,<br><br>Defendant. | CASE NO.: 2:15-cr-00047-KJD-NJK-2<br><br>**Stipulation to Extend Time for Plaintiff to Reply to Government's Response to Plaintiff's Motion, ECF No. 121**<br><br>**(First Request)** |

The parties hereby stipulate to extend the deadline by which the Plaintiff must file its reply to Government's Response to Plaintiff's Motion to Vacate Amended Judgment in a Criminal Case, or in the Alternative, to Quash Writs of Garnishment, ECF No. 121, to **December 2, 2019.**

/ / /

/ / /

/ / /

This is the parties first request to extend the aforementioned deadline. The limited extension is no sought for purposes of delay or any other improper purpose.

Respectfully submitted this 26th day of November, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | HAROLD P. GEWERTER, ESQ., LTD. |
| */s Mark E. Woolf*<br>Mark E. Woolf<br>Assistant United States Attorney | */s Harold P. Gewerter*<br>Harold P. Gewerter, Esq.<br>Attorney for Defendant |

IT IS SO ORDERED:

_____
Kent J. Dawson
United States District Court Judge
Dated: 12/9/2019