NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No.13644

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Judgment Creditor,<br><br>　　v.<br><br>JOANN ARGYRIS,<br><br>　　　　Judgment Debtor,<br><br>　　and<br><br>NAVY FEDERAL CREDIT UNION, and its Successors or Assigns,<br><br>　　　　Garnishee. | Case No. 2:15-CR-0047-KJD-NJK<br><br>AMENDED<br>**Final Order of Garnishment** |

This matter is before the Court for entry of a Final Order of Garnishment, pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of Judgment Debtor, Joann Argyris.

The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed to Judgment Debtor held by Navy Federal Credit Union, its Successors or Assigns ("Garnishee"). A Writ of Garnishment was properly served on Garnishee, which filed an Answer stating it had in its possession, custody or control, personal property belonging to and due the Judgment Debtor in the form of two (2) bank accounts held in the name of the Joann Argyris Living Trust, in the total amount of $104,080.82.

The Judgment Debtor was served with the Writ and notified of her right to claim an

exemption or request a hearing.  In response, the Judgment Debtor filed a Motion to Vacate Amended Judgment in a Criminal Case For Violation of 18 U.S.C. § 3664, or in the Alternative, to Quash Writs of Garnishment, which the Court denied in its Order dated April 22, 2020.

Having considered the Application, Garnishee's Answer, the Judgment Debtor's Motion and the Court's denial thereof, the Court grants the United States' Motion for Final Order of Garnishment and orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Garnishee Navy Federal Credit Union shall pay to the United States within 15 days from the date of this final order all monies held in the name of Joann Argyris or Joann Argyris Living Trust previously withheld by the Garnishee as nonexempt property in its possession belonging to Judgment Debtor in accordance with the Writ of Garnishment, up to the amount of debt owed Judgment Debtor Joann Argyris.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Garnishee provide written notification to Judgment Debtor and the United States of the dates and amounts of the property delivered to the Clerk of the Court.  The property received shall be applied to the judgment rendered in this matter.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that certified check(s) bearing case number 2:15-CR-0047-KJD-NJK shall be made payable and mailed to the Clerk of the Court, United States District Court for the District of Nevada, 333 Las Vegas Boulevard South, Suite 1334, Las Vegas, Nevada, 89101.

Dated: May 29, 2020

_____
UNITED STATES DISTRICT JUDGE